IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Anthony Kennon<br><br>        Plaintiff<br><br>v.<br><br>Daniel Ashley *et al*<br><br>        Defendants | Case No. 5:24-cv-04034-JWB-BGS |

Notice of Deposition Daniel Ashley

The deposition of Daniel Ashley will be taken by the Plaintiff as upon cross examination and pursuant to the Federal Rules of Civil Procedure, at 9:30 a.m. Central Time on October 20, 2025, in person at the Lawrence Kansas Police Department 5100 Overland Dr, Lawrence, KS 66049.

| | |
|---|---|
| **CERTIFICATE OF SERVICE**<br>On this 29th day of September, 2025, the above document was filed with the Court's CM-ECF system which will provide notice to all counsel of record.<br>/s/Linus L. Baker<br>Linus L. Baker | /s/Linus L. Baker<br>Linus L. Baker, KS 18197<br>6732 West 185th Terrace<br>Stilwell, KS  66085-8922<br>Telephone:  913.486.3913<br>Fax:            913.232.8734<br>E-Mail: linusbaker@prodigy.net<br>Attorney for the plaintiff |

1