IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANTHONY LEE KENNON,

      Plaintiff,

v.                                   Case No.  24-4034-JWB

DANIEL ASHLEY, JOSHUA DONCOUSE,
AUSTIN SPENCER, and CHARLES SMYSER,

      Defendants.

## MEMORANDUM AND ORDER

This matter is before the court on Plaintiff's motion for reconsideration of the court's order on Defendants' motion to dismiss.  (Docs. 34, 55.)  The motion is fully briefed and ripe for decision.  (Docs. 55, 62, 63.)  The court previously took the motion under advisement while Plaintiff's counsel responded to the court's show cause order.  (Doc. 64.)  That response having now been filed, the court is prepared to rule on Plaintiff's motion.  (Doc. 65.)  The motion is DENIED for the reasons stated herein.

Plaintiff's motion for reconsideration, as detailed in the court's prior order, unfortunately contains many misleading representations about deposition testimony submitted in support of Plaintiff's motion.  In Plaintiff's counsel's response to this court's order to show cause, counsel accepted responsibility for the errors and asked this court to consider the motion on its merits.  The court will not do so.  The motion is denied in light of the misleading representations.

The court appreciates Plaintiff's candor in accepting responsibility for the errors.  However, Plaintiff's assertion that the errors could have been avoided if they had been characterized as summaries rather than quotes is unhelpful.  As the court explained in its prior

1

order, many of the issues are not merely incorrect quotations but citations to parts of the deposition testimony that are unsupportive of what is "summarized" in Plaintiff's motion. The court will not go beyond the citations and comb through pages of deposition testimony to sift out which contentions in Plaintiff's motion are supported. The incorrect representations are so intertwined with the motion that they cannot be untangled.

Additionally, while the court understands and sympathizes with counsel's explanation that he was suffering medical problems at the time of these filings, this cannot excuse the errors. In their response, Defendants pointed out serious problems with some of counsel's representations in his motion. Counsel did not correct the errors in his reply brief. Instead, he insisted that Defendants' complaints were "semantic." (Doc. 63 at 4.) The court does not agree.

For the foregoing reasons, Plaintiff's motion for reconsideration and his related motion for leave to file Axon Videos of Ashley and Spencer conventionally (Docs. 55, 56) are DENIED.

IT IS SO ORDERED. Dated this 18th day of March, 2026.

s/ John W. Broomes
JOHN W. BROOMES
CHIEF UNITED STATES DISTRICT JUDGE